UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY PRICE, et al., | ) | CASE NO.1:10cv214 |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| | ) | O R D E R |
| AETNA LIFE INSURANCE CO., | ) | |
| Defendant. | ) | |

This Court has reviewed the Report and Recommendation (Doc.# 18 ) of Magistrate Judge Baughman regarding Defendant's unopposed Motion for Judgment as a Matter of Law (Doc.# 14).

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen (14) days after service, but both Plaintiff and Defendant has failed to timely file any such objections. Therefore, the Court must assume that both are satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 18 ) and the Motion for Judgment as a Matter of Law (Doc. # 14 ) is granted. The Court finds that Aetna's decision to deny LTD benefits to Price was made as the result of a deliberate,

principled reasoning process and on a record of substantial evidence. The Court further finds that this decision was not arbitrary and capricious. Therefore, Aetna is granted judgment in its favor on the administrative record.

      IT IS SO ORDERED.

   Dated: 9/20/2010

                            *S/Christopher A. Boyko*
                             CHRISTOPHER A. BOYKO
                             UNITED STATES DISTRICT JUDGE